**DISMISS and Opinion Filed January 23, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-01070-CV

### ACQUIRE OILFIELD SOLUTIONS, LLC, Appellant
### V.
### WEBB TEX, LLC, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-08583**

## MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Miskel

Before the Court is the parties' agreed motion to dismiss the appeal with prejudice because they have settled their differences. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(2).

231070f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ACQUIRE OILFIELD
SOLUTIONS, LLC, Appellant

No. 05-23-01070-CV     V.

WEBB TEX, LLC, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-08583.
Opinion delivered by Justice Miskel.
Justices Reichek and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

Subject to any agreement between the parties, it is **ORDERED** that appellee WEBB TEX, LLC recover its costs of this appeal from appellant ACQUIRE OILFIELD SOLUTIONS, LLC.

Judgment entered this 23rd day of January, 2024.